

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2024

No. 04-24-00408-CV

**IN RE** Jonah **GUTIERREZ**, Relator

Original Proceeding[1]

### ORDER

On June 19, 2024, relator filed a petition for a writ of mandamus. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

It is so **ORDERED** on October 30, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2023-CI-13277, in the 408th Judicial District Court, Bexar County, Texas, the Honorable Lisa Jarrett, presiding.